CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 17 2008

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRENDON LAMONT GANNON, SR., )<br>  Plaintiff, ) | Civil Action No. 7:08-cv-00570 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| LT. COL. MCDANIELS, <u>et. al.</u>, )<br>  Defendants. ) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 17th day of December, 2008.

/s/ Glen E. Conrad
United States District Judge